Form B6D-Cont.
(6/90)

10-33715-H1 13

United States District Court
Southern District of Texas
FILED

MAY - 3 2010

In re _____ Sharon Piper _____,
         Debtor

Case No. _____
David J. Bradley, Clerk of Court
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Bert Dickens Inc. 14245 North Hwy. 6 Valley Mills, Tx 76689 | | ✓ | Real Estate Note  VALUE $ 175,000.00 | | | | 45,000.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal -> (Total of this page)  $ 45,000.00

Total -> (Use only on last page)  $

(Report total also on Summary of Schedules)