**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Sharon Piper

Case No.: 10–33715

Debtor

Chapter: 13

**ORDER OF DISMISSAL**

    Appropriate notice having been given that the case would be dismissed without further notice if the debtor failed to comply with the Deficiency Order issued in this case, and

    The Clerk having informed the court that the debtor has failed to satisfy the deficiency, as set out in the docket entry for this order

**It is ORDERED that this case is DISMISSED.**

Signed and Entered on Docket: 5/26/10

MARVIN ISGUR
United States Bankruptcy Judge